

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
212.898.1201 fax
rgoldstein@littler.com

December 31, 2020

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*This application is GRANTED in part.  The initial pretrial conference scheduled for January 7, 2021, is adjourned to **February 4, 2021**.  The parties' joint conference materials are due at least seven days before the conference, or by **January 28, 2021**.*

*Dated: January 4, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  <u>Angeles v. Fab'rik Holdings, Inc.</u>  **20-CV-08133 (LGS)**

Dear Judge Schofield:

     Defendant Fab'rik Holdings, Inc. hereby requests, with the consent of Plaintiff's counsel, an adjournment of the initial pretrial conference currently scheduled for January 7, 2021 and of the related due date for the joint letter and proposed case management plan, which is due December 31, 2020 (ECF No. 12).  Fab'rik has executed a waiver of service, which has been filed by Plaintiff's counsel (ECF No. 16), and its response to the Complaint is not due until February 14, 2021.

     Fab'rik respectfully requests that the Court reschedule the January 7, 2021 conference and related deadline to file the joint letter and proposed case management plan to a date after February 14, 2021 to give the parties time to explore whether they can resolve this dispute without Court intervention.  This request is the parties' first request for an extension of time, and it will not affect any other deadlines.  Both parties consent to the request.  Thank you.

Respectfully submitted,

*/s/ Rebecca Goldstein*

Rebecca Goldstein

cc:   All Counsel (via ECF)

**SO ORDERED:**

_____
Lorna G. Schofield, U.S.D.J.