UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JENISA ANGELES,
                              Plaintiff,

             -against-                    20 Civ. 8133 (LGS)

FAB'RIK HOLDINGS, INC.,             ORDER
                              Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for February 4, 2021, and no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the February 4, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances, and that the use of any alternative dispute resolution mechanism does not stay or modify any date in the case management plan. It is further

      **ORDERED** that the parties' request for a settlement referral is GRANTED. A settlement referral will issue separately. The parties shall file a joint status letter **within two business days** of the completion of settlement conference, apprising the Court of the outcome of settlement discussions.

Dated: February 1, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE